

U.S. Department of Justice

United States Attorney
Eastern District of New York

WMP:JPL
F. #2012R01716

271 Cadman Plaza East
Brooklyn, New York 11201

September 28, 2016

BY HAND DELIVERY AND ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. John Doe,
                    Criminal Docket No. 16-516 (AMD)

Dear Judge Donnelly:

        The government respectfully requests that the Court amend the title of this case to: United States v. Och-Ziff Capital Management Group LLC and amend the Court's calendar for tomorrow, September 29, 2016 to reflect this change.

                                Respectfully submitted,

                                ROBERT L. CAPERS
                                United States Attorney

        By:      /s/ James P. Loonam
                                James P. Loonam
                                Jonathan Lax
                                David Pitluck
                                Assistant U.S. Attorneys
                                718-254-7000

                              SANDRA MOSER
                              Principal Deputy Chief
                              Criminal Division, Fraud Section
                              U.S. Department of Justice

                By:     /s/ Leo R. Tsao
                              Leo R. Tsao, Assistant Chief
                              James P. McDonald, Trial Attorney
                              202-598-2441

cc:     Defense counsel (via e-mail)